# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Collyer, Rosemary M. | District Court - Washington DC | 08/05/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Dist. Ct. Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

E Barrett Prettyman Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #3 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | ▊▊▊▊▊▊▊▊▊ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ▊▊▊▊ | Throughout 2013 | Within U.S. | Business travel | ▊▊▊▊▊▊ |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 08/05/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | U.S. Courts Judicial Information Technology Committee | Crystal Bowl (Waterford Killarney Footed Centerpiece) | $700.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 2. - BRKA - Common Class A | | None | M | T | | | | | |
| 3. - BRKB - Common Class B (X) | | None | M | T | Spinoff (from line 2) | 02/04/13 | M | | See Part VIII (j) |
| 4. - Schwab Cash Equivalent Accounts | A | Int./Div. | M | T | | | | | |
| 5. - DVY - ETF | | None | | | Sold | 02/19/13 | K | | |
| 6. - Anne Arundel County, MD Muni Bonds | B | Interest | K | T | | | | | |
| 7. - Baltimore, MD Proj Muni Bonds | B | Interest | K | T | | | | | |
| 8. - Maryland State Muni Bonds | B | Interest | L | T | | | | | |
| 9. - T Rowe Price Maryland Tax Free Bond Fund (MDXBX) | C | Dividend | M | T | Sold (part) | 02/19/13 | K | C | |
| 10. - NAVB - Common | | None | K | T | | | | | |
| 11. - TSLA - Put Option Jan13 40.00 | | None | | | Closed | 01/11/13 | J | C | |
| 12. - TSLA - Put Option Jun13 40.00 | | None | | | Sell Short | 01/11/13 | J | | |
| 13. | | | | | Closed | 02/11/13 | J | C | |
| 14. - TSLA - Put Option Jan14 40.00 | | None | | | Sell Short | 03/26/13 | J | | |
| 15. - TSLA - Put Option Jan14 60.00 | | None | | | Sell Short | 05/10/13 | J | | |
| 16. - TSLA - Put Option Jan14 150.00 | | None | | | Sell Short | 10/02/13 | J | | |
| 17. IRA #1 | E | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Schwab Cash Equivalent Accounts | | | | | | | | | |
| 19.  - UST Inflation Index Notes 3.625% TIPS | | | | | | | | | |
| 20.  - IWF - ETF | | | | | | | | | |
| 21.  - Marsico Growth Fund (MGRIX) | | | | | Sold | 01/22/13 | K | | |
| 22.  - GOV - Common | | | | | Sold | 02/01/13 | L | B | |
| 23.  - JNJ - Common | | | | | Sold | 02/21/13 | L | D | |
| 24.  - ATRS - Common | | | | | | | | | |
| 25.  - NLY - Common | | | | | Sold | 05/30/13 | K | | |
| 26.  - AGNC - Common | | | | | Sold | 05/30/13 | K | | |
| 27.  - MCD - Common | | | | | | | | | |
| 28.  - Weitz Short-Intermediate Income Fund (WSHNX) | | | | | | | | | |
| 29.  - ATRS - Call Option Feb13 5.00 | | | | | Expired | 02/16/13 | J | D | |
| 30.  - BP - ADR | | | | | Sold | 03/16/13 | L | | |
| 31.  - JNJ - Call Option Mar13 72.50 | | | | | Sell Short | 02/06/13 | J | | |
| 32. | | | | | Redeemed | 02/21/13 | J | B | |
| 33.  - BP - Call Option Mar13 41.00 | | | | | Sell Short | 02/25/13 | J | | |
| 34. | | | | | Redeemed | 03/16/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - ATRS - Call Option Nov13 5.00 | | | | | Sell Short | 04/29/13 | J | | |
| 36. | | | | | Expired | 11/15/13 | J | D | |
| 37. - ATRS - Call Option May14 5.00 | | | | | Sell Short | 12/11/13 | J | | |
| 38. - BP - ADR | | | | | Buy | 04/12/13 | L | | |
| 39. - BP - Call Option Jan14 45.00 | | | | | Sell Short | 04/12/13 | J | | |
| 40. - PGF - ETF | | | | | Buy | 10/15/13 | M | | |
| 41. - MCD - Call Option Dec13 100.00 | | | | | Sell Short | 05/11/13 | J | | |
| 42. | | | | | Expired | 12/21/13 | J | B | |
| 43. IRA #2 | C | Int./Div. | N | T | | | | | |
| 44. - Schwab Cash Equivalent Accounts | | | | | | | | | |
| 45. - GNVC - Common | | | | | Sold | 05/13/13 | J | | |
| 46. - BOE - Closed End Fund | | | | | Sold | 02/01/13 | K | | |
| 47. - NEM - Common | | | | | Buy (add'l) | 06/20/13 | K | | |
| 48. - NAVB - Common | | | | | | | | | |
| 49. - XLU - ETF | | | | | | | | | |
| 50. - TSLA - Common | | | | | Buy | 05/20/13 | K | | |
| 51. - TSLA - Call Option Jan14 175.00 | | | | | Sell Short | 08/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. QUALIFIED RETIREMENT PLAN #3 | B | Int./Div. | L | T | | | | | |
| 53. - Vanguard Variable Insurance Fund International Portfolio | | | | | Buy (add'l) | 12/31/13 | J | | See Part VIII (e) |
| 54. IRA #4 | D | Int./Div. | N | T | | | | | |
| 55. - Schwab Cash Equivalent Accounts | | | | | | | | | |
| 56. - XOM - Common | | | | | Sold | 02/06/13 | L | E | |
| 57. - FNFG - Common | | | | | Sold | 12/03/13 | L | | |
| 58. - RDS/B - ADR | | | | | | | | | |
| 59. - WLP - Common | | | | | Sold | 01/18/13 | L | D | |
| 60. - WLP - Call Option Jan13 60.00 | | | | | Redeemed | 01/18/13 | J | B | |
| 61. - DUK - Common | | | | | Sold | 12/30/13 | L | D | |
| 62. - SO - Common | | | | | | | | | |
| 63. - XOM - Call Option Feb13 87.50 | | | | | Sell Short | 01/04/13 | J | | |
| 64. | | | | | Redeemed | 02/06/13 | J | C | |
| 65. - ESD - Closed End Fund | | | | | Buy | 09/04/13 | L | | |
| 66. - CAG - Common | | | | | Buy | 12/03/13 | K | | |
| 67. IRA #5 | E | Int./Div. | N | T | | | | | |
| 68. - Schwab Cash Equivalent Accounts | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - CET - Closed End Fund | | | | | Sold | 10/16/13 | L | D | |
| 70. - Wells Fargo Advantage High Income Trust (STHYX) | | | | | Buy | 02/18/13 | M | | |
| 71. - VNQ - ETF | | | | | Buy | 10/08/13 | K | | |
| 72. - DXJ - ETF | | | | | Buy | 12/12/13 | K | | |
| 73. - GE - Common | | | | | Buy | 12/17/13 | L | | |
| 74. - DEM - ETF | | | | | Buy | 12/02/13 | L | | |
| 75. IRA #6 | | None | | | Closed | 04/02/13 | J | | See Part VIII (f) |
| 76. IRA #7 | | None | | | Closed | 04/02/13 | J | | See Part VIII (f) |
| 77. Merrill Lynch Cash Management Account | A | Int./Div. | L | T | | | | | See Part VIII (g) |
| 78. Citibank Checking Account | A | Interest | K | T | | | | | |
| 79. Trust #1 (H) | | | | | | | | | See Part VIII (h) |
| 80. Trust #2 (H) | E | Int./Div. | O | T | | | | | See Part VIII (i) |
| 81. - GATEWAY TR GATEWAY FD A | | | | | Buy | 01/09/13 | K | | |
| 82. | | | | | Sold | 03/14/13 | K | A | |
| 83. - HIGHMARK GENEVA SMALL CAP GROWTH FUND | | | | | Buy | 01/09/13 | K | | |
| 84. | | | | | Sold | 03/14/13 | K | A | |
| 85. - MAINSTAY FDS TR EPOCH GBL EQT I | | | | | Buy | 01/09/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 03/14/13 | K | A | |
| 87.   - PIMCO FDS PAC INVT MGMT SER INV GR BOND I | | | | | Buy | 01/09/13 | K | | |
| 88. | | | | | Sold | 03/14/13 | K | | |
| 89.   - ALGER SPECTRA FUND CLASS I | | | | | Buy | 06/18/13 | K | | |
| 90. | | | | | Sold | 10/23/13 | K | B | |
| 91.   - ALLIANCE BERNSTEIN HIGH INCOME FD ADVISOR CLASS | | | | | Buy | 06/18/13 | K | | |
| 92. | | | | | Sold | 10/23/13 | K | | |
| 93.   - ALLIANZ NFJ INTL VALUE FD INSTL CL | | | | | Buy | 06/18/13 | K | | |
| 94. | | | | | Sold | 11/07/13 | K | B | |
| 95.   - ARBITRAGE FD CL I | | | | | Buy | 06/18/13 | K | | |
| 96. | | | | | Sold (part) | 10/23/13 | J | A | |
| 97. | | | | | Buy (add'l) | 11/11/13 | J | | |
| 98.   - COLUMBIA THERMOSTAT FUND CLASS Z | | | | | Buy | 06/18/13 | K | | |
| 99. | | | | | Sold | 11/07/13 | K | A | |
| 100.   - DELAWARE POOLED TR DIVERSIFIED INC FD INSTL CL | | | | | Buy | 06/18/13 | L | | |
| 101. | | | | | Sold | 11/07/13 | L | | |
| 102.   - DREYFUS INTL BOND FUND CL I | | | | | Buy | 06/18/13 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 11/07/13 | K | | |
| 104. - FIRST EAGLE SOGEN OVERSEAS FUND CL I | | | | | Buy | 06/18/13 | K | | |
| 105. | | | | | Sold (part) | 10/23/13 | J | A | |
| 106. | | | | | Buy (add'l) | 11/11/13 | K | | |
| 107. - FIRST EAGLE US VALUE FUND CL I | | | | | Buy | 06/18/13 | L | | |
| 108. | | | | | Sold | 11/07/13 | L | C | |
| 109. - FORUM ABSOLUTE STRATEGIES FD INSTL SHS | | | | | Buy | 06/18/13 | K | | |
| 110. | | | | | Sold | 11/07/13 | K | | |
| 111. - FORWARD FUNDS CREDIT ANALYSIS LNG/SHRT FD ADVISOR CLASS | | | | | Buy | 06/18/13 | K | | |
| 112. | | | | | Sold | 11/07/13 | K | | |
| 113. - INVESCO BALANCED-RISK ALLOCATION CL Y | | | | | Buy | 06/18/13 | K | | |
| 114. | | | | | Sold | 11/07/13 | K | A | |
| 115. - IVY FDS INC MID CAP GROWTH FD CL I | | | | | Buy | 06/18/13 | K | | |
| 116. | | | | | Sold | 11/07/13 | K | B | |
| 117. - MAINSTAY FDS TR/MARKETFIELD FD CL I | | | | | Buy | 06/18/13 | K | | |
| 118. | | | | | Sold (part) | 10/23/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Buy (add'l) | 11/11/13 | J | | |
| 120.  - OPPENHEIMER DEV MKTS CL Y | | | | | Buy | 06/18/13 | K | | |
| 121. | | | | | Sold | 11/07/13 | K | B | |
| 122.  - OPPENHEIMER INTL BD FD CLASS Y | | | | | Buy | 06/18/13 | K | | |
| 123. | | | | | Sold | 11/07/13 | K | | |
| 124.  - PERMANENT PORTFOLIO FD/PERM PORTFOLIO | | | | | Buy | 06/18/13 | K | | |
| 125. | | | | | Sold | 11/07/13 | K | A | |
| 126.  - PIMCO ALL ASSET ALL AUTHORIT FD CL I | | | | | Buy | 06/18/13 | K | | |
| 127. | | | | | Sold | 11/07/13 | K | | |
| 128.  - PIMCO EMERGING MKT CURRENCY FD CL I | | | | | Buy | 06/18/13 | K | | |
| 129. | | | | | Sold | 11/07/13 | K | | |
| 130.  - PIONEER GLOBAL HIGH YIELD CL Y | | | | | Buy | 06/18/13 | K | | |
| 131. | | | | | Sold | 11/07/13 | K | | |
| 132.  - PIONEER STRATEGIC INCOME FD CLASS Y | | | | | Buy | 06/18/13 | L | | |
| 133. | | | | | Sold | 11/07/13 | L | | |
| 134.  - SCOUT FUNDS CORE BOND FUND INSTL CL | | | | | Buy | 06/18/13 | L | | |
| 135. | | | | | Sold | 11/07/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. - TCW FDS INC EMERGING MKTS INCOME FD CL I | | | | | Buy | 06/18/13 | K | | |
| 137. | | | | | Sold | 11/07/13 | K | | |
| 138. - TEMPLETON INCOME TR/GLOBAL FD FD ADVISOR CL | | | | | Buy | 06/18/13 | J | | |
| 139. | | | | | Sold | 11/07/13 | J | A | |
| 140. - TFS CAP INVESTMENT TRUST MARKET NEUTRAL FUND | | | | | Buy | 06/18/13 | K | | |
| 141. | | | | | Sold | 11/07/13 | K | A | |
| 142. - THORNBURGH INV MGMT INTL GROWTH FUND CL I | | | | | Buy | 06/18/13 | K | | |
| 143. | | | | | Sold | 11/07/13 | K | C | |
| 144. - TOCQUEVILLE TR/ DELAFIELD FD | | | | | Buy | 06/18/13 | K | | |
| 145. | | | | | Sold | 11/07/13 | K | B | |
| 146. - ADVISORS INNER CIRCLE ACADIAN EMERGING MKTS INSTL CL | | | | | Buy | 01/08/13 | K | | |
| 147. | | | | | Sold | 06/17/13 | K | | |
| 148. - ADVISORS INNER CIRCLE CAMBIAR OPPORTUNITY INV CL | | | | | Buy | 01/08/13 | K | | |
| 149. | | | | | Sold | 06/17/13 | K | C | |
| 150. - ARBITRAGE EVENT DRIVEN FUND | | | | | Buy | 01/08/13 | K | | |
| 151. | | | | | Sold | 06/17/13 | K | A | |
| 152. - ASTON FUNDS SMALL CAP GROWTH FUND CLASS I | | | | | Buy | 03/12/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. | | | | | Sold | 06/17/13 | K | A | |
| 154. - DIAMOND HILL LONG-SHORT FUND CL A | | | | | Buy | 01/08/13 | K | | |
| 155. | | | | | Sold | 06/17/13 | K | C | |
| 156. - DOUBLELINE FDS TR TOTAL RETURN BD FD CL I | | | | | Buy | 01/08/13 | K | | |
| 157. | | | | | Sold | 06/17/13 | K | | |
| 158. - DRIEHAUS MUTUAL FUNDS ACTIVE INCOME FUND | | | | | Buy | 01/08/13 | K | | |
| 159. | | | | | Sold (part) | 03/14/13 | K | A | |
| 160. | | | | | Sold | 06/17/13 | K | A | |
| 161. - FEDERATED EQUITY FDS STRATEGIC VALUE DIVID FD INSTL | | | | | Buy | 01/08/13 | K | | |
| 162. | | | | | Sold | 06/17/13 | K | B | |
| 163. - HARBOR FD INTL FD INSTL CL | | | | | Buy | 01/08/13 | L | | |
| 164. | | | | | Sold | 06/17/13 | L | B | |
| 165. - HARDING LOEVNER FDS INC INTL EQUITY PORTFOLIO | | | | | Buy | 03/12/13 | K | | |
| 166. | | | | | Sold | 06/17/13 | K | | |
| 167. - HARDING LOEVNER FDS INC GLOBAL EQUITY PORTFOLIO | | | | | Buy | 03/14/13 | K | | |
| 168. | | | | | Sold | 06/17/13 | K | A | |
| 169. - ING GLOBAL REAL ESTATE FUND CL I | | | | | Buy | 01/08/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. | | | | | Sold | 06/17/13 | K | A | |
| 171.  - JOHN HANCOCK FDS II GLOBAL ABSOLUTE RETURN STRATEGIES FD CL 1 | | | | | Buy | 01/08/13 | K | | |
| 172. | | | | | Sold | 06/17/13 | K | A | |
| 173.  - NATIXIS FUNDS TRUST II VAUGHAN NELSON VALUE CLASS Y | | | | | Buy | 01/08/13 | K | | |
| 174. | | | | | Sold | 06/17/13 | K | B | |
| 175.  - PIMCO ALL ASSET FND INST CL | | | | | Buy | 01/08/13 | M | | |
| 176. | | | | | Sold (part) | 03/14/13 | J | | |
| 177. | | | | | Sold | 06/17/13 | L | | |
| 178.  - PIMCO FDS FUNDAMENTAL ADVTG ABSLT RETURN STRT FD INSTL CL | | | | | Buy | 01/08/13 | K | | |
| 179. | | | | | Sold | 06/17/13 | K | A | |
| 180.  - PIMCO FDS PAC INVT MGMT SER TOTAL RETURN FD INSTL CL | | | | | Buy | 01/08/13 | M | | |
| 181. | | | | | Sold | 06/17/13 | M | | |
| 182.  - PIMCO FDS PAC INVT MGMT SER - COMMOD REAL RETURN STRAT FD INSTL CL | | | | | Buy | 01/08/13 | K | | |
| 183. | | | | | Sold | 06/17/13 | K | | |
| 184.  - PIMCO FUNDS EMERGING LOCAL BOND FUND | | | | | Buy | 01/08/13 | L | | |
| 185. | | | | | Sold | 06/17/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186. - RBB FUND INC/ROBECO BOSTON PARTNERS LONG/SHORT RESEARCH INSTL | | | | | Buy | 01/08/13 | K | | |
| 187. | | | | | Buy (add'l) | 03/14/13 | K | | |
| 188. | | | | | Sold | 06/17/13 | L | C | |
| 189. - RIDGEWORTH FUNDS SEIX FLT RT HIGH IND FND CLASS I | | | | | Buy | 01/08/13 | K | | |
| 190. | | | | | Sold | 06/17/13 | K | A | |
| 191. - RIVERPARK FUNDS TRUST/ WEDGEWOOD FUND INSTL CL | | | | | Buy | 01/08/13 | L | | |
| 192. | | | | | Sold | 06/17/13 | L | C | |
| 193. - TEMPLETON INCOME TR GLOBAL BD FD ADVISOR CL | | | | | Buy | 03/12/13 | K | | |
| 194. | | | | | Sold (part) | 07/23/13 | J | | |
| 195. | | | | | Sold (part) | 10/23/13 | J | | |
| 196. | | | | | Sold | 11/08/13 | K | | |
| 197. - UBS AG JERSEY BRH E-TRACS LKD TO ALERIAN MLP INFRSTRE INDEX | | | | | Buy | 01/08/13 | K | | |
| 198. | | | | | Sold | 06/17/13 | K | C | |
| 199. - UBS AG LONGON BRH ETRACS ALERIAN MLP INDEX | | | | | Buy | 01/08/13 | K | | |
| 200. | | | | | Sold | 06/17/13 | K | C | |
| 201. - VIRTUS EMERGING MARKETS OPPORTUNITIES FND CL I | | | | | Buy | 01/08/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 202. | | | | | Sold | 06/17/13 | K | | |
| 203. - ARTISAN FUNDS IND MID CAP VALUE FD INV SHS | | | | | Buy | 11/11/13 | K | | |
| 204. - CREDIT SUISSE HIGH INCOME FUND COMMON CLASS | | | | | Buy | 11/11/13 | K | | |
| 205. - DRIEHAUS MUTUAL FUNDS ACTIVE INCOME FUND | | | | | Buy | 11/11/13 | K | | |
| 206. - NORTHERN LTS FD TR III GOOD HARBOR US TACTICAL CORE FD | | | | | Buy | 11/11/13 | L | | |
| 207. - JOHN HANCOCK FDS II GLOBAL ABSOLUTE RETURN STRATS FD | | | | | Buy | 11/11/13 | K | | |
| 208. - HIGHLAND LONG/SHORT EQUITY FUND CLASS Z | | | | | Buy | 11/11/13 | K | | |
| 209. - JOHN HANCOCK FUNDS II CURRENCY STRATEGIES FD CL I | | | | | Buy | 11/11/13 | K | | |
| 210. - LORD ABBETT INVESTMENT TR SHORT DURATION INCM CLASS F | | | | | Buy | 11/11/13 | L | | |
| 211. - MANAGERS AMG FUNDS YACKTMAN FUND SERVICE CLASS | | | | | Buy | 11/11/13 | L | | |
| 212. - VIRTUS ALPHASECTOR ROTATION FD CLASS I | | | | | Buy | 11/11/13 | L | | |
| 213. - ALGER FDS II SPECTRA FD CL I | | | | | Buy | 06/18/13 | K | | |
| 214. | | | | | Buy (add'l) | 11/11/13 | J | | |
| 215. - STEELPATH MLP FDS TR OPPENHEIMER STEELPATH MLP INCOME FD CL Y | | | | | Buy | 11/11/13 | K | | |
| 216. - STRATTON FDS INC SMALL-CAP VALUE FD | | | | | Buy | 11/11/13 | K | | |
| 217. - WELLS FARGO CASH EQUIVALENT ACCOUNTS | | | | | | | | | See Part VIII (k) |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 218. Trust #3 (H) | E | Int./Div. | O | T | | | | | See Part VIII (i) |
| 219. - GATEWAY TR GATEWAY FD A | | | | | Buy | 01/09/13 | K | | |
| 220. | | | | | Sold | 03/12/13 | K | A | |
| 221. - HIGHMARK GENEVA SMALL CAP GROWTH FUND | | | | | Buy | 01/09/13 | K | | |
| 222. | | | | | Sold | 03/12/13 | K | A | |
| 223. - PIMCO FDS PAC INVT MGMT SER INV GR BOND I | | | | | Buy | 01/09/13 | K | | |
| 224. | | | | | Sold | 03/12/13 | K | | |
| 225. - ALGER SPECTRA FUND CLASS I | | | | | Buy | 06/18/13 | K | | |
| 226. | | | | | Sold | 10/23/13 | K | B | |
| 227. - ALLIANCE BERNSTEIN HIGH INCOME FD ADVISOR CLASS | | | | | Buy | 06/18/13 | K | | |
| 228. | | | | | Sold | 10/23/13 | K | | |
| 229. - ALLIANZ NFJ INTL VALUE FD INSTL CL | | | | | Buy | 06/18/13 | K | | |
| 230. | | | | | Sold | 11/07/13 | K | B | |
| 231. - ARBITRAGE FD CL I | | | | | Buy | 06/18/13 | K | | |
| 232. | | | | | Sold (part) | 10/23/13 | J | A | |
| 233. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 234. - COLUMBIA THERMOSTAT FUND CLASS Z | | | | | Buy | 06/18/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 27

Name of Person Reporting

Collyer, Rosemary M.

Date of Report

08/05/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. | | | | | Sold | 11/07/13 | K | A | |
| 236.  - DELAWARE POOLED TR DIVERSIFIED INC FD INSTL CL | | | | | Buy | 06/18/13 | K | | |
| 237. | | | | | Sold | 11/07/13 | K | | |
| 238.  - DREYFUS INTL BOND FUND CL I | | | | | Buy | 06/18/13 | K | | |
| 239. | | | | | Sold | 11/07/13 | K | | |
| 240.  - FIRST EAGLE SOGEN OVERSEAS FUND CL I | | | | | Buy | 06/18/13 | L | | |
| 241. | | | | | Sold (part) | 10/23/13 | J | A | |
| 242. | | | | | Buy (add'l) | 11/08/13 | K | | |
| 243.  - FIRST EAGLE US VALUE FUND CL I | | | | | Buy | 06/18/13 | L | | |
| 244. | | | | | Sold | 11/07/13 | L | B | |
| 245.  - FORUM ABSOLUTE STRATEGIES FD INSTL SHS | | | | | Buy | 06/18/13 | K | | |
| 246. | | | | | Sold | 11/07/13 | K | | |
| 247.  - FORWARD FUNDS CREDIT ANALYSIS LNG/SHRT FD ADVISOR CLASS | | | | | Buy | 06/18/13 | K | | |
| 248. | | | | | Sold | 11/07/13 | K | | |
| 249.  - INVESCO BALANCED-RISK ALLOCATION CL Y | | | | | Buy | 06/18/13 | K | | |
| 250. | | | | | Sold | 11/07/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 251.  - IVY FDS INC MID CAP GROWTH FD CL I | | | | | Buy | 06/18/13 | K | | |
| 252. | | | | | Sold | 11/07/13 | K | B | |
| 253.  - MAINSTAY FDS TR/MARKETFIELD FD CL I | | | | | Buy | 06/18/13 | K | | |
| 254. | | | | | Sold (part) | 10/23/13 | J | A | |
| 255. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 256.  - OPPENHEIMER DEV MKTS CL Y | | | | | Buy | 06/18/13 | K | | |
| 257. | | | | | Sold | 11/07/13 | K | C | |
| 258.  - OPPENHEIMER INTL BD FD CLASS Y | | | | | Buy | 06/18/13 | K | | |
| 259. | | | | | Sold | 11/07/13 | K | | |
| 260.  - PERMANENT PORTFOLIO FD/PERM PORTFOLIO | | | | | Buy | 06/18/13 | K | | |
| 261. | | | | | Sold | 11/07/13 | K | A | |
| 262.  - PIMCO ALL ASSET ALL AUTHORIT FD CL I | | | | | Buy | 06/18/13 | K | | |
| 263. | | | | | Sold | 11/07/13 | K | | |
| 264.  - PIMCO EMERGING MKT CURRENCY FD CL I | | | | | Buy | 06/18/13 | L | | |
| 265. | | | | | Sold | 11/07/13 | L | | |
| 266.  - PIONEER GLOBAL HIGH YIELD CL Y | | | | | Buy | 06/18/13 | K | | |
| 267. | | | | | Sold | 11/07/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 268.  - PIONEER STRATEGIC INCOME FD CLASS Y | | | | | Buy | 06/18/13 | L | | |
| 269. | | | | | Sold | 11/07/13 | L | | |
| 270.  - SCOUT FUNDS CORE BOND FUND INSTL CL | | | | | Buy | 06/18/13 | L | | |
| 271. | | | | | Sold | 11/07/13 | L | | |
| 272.  - TCW FDS INC EMERGING MKTS INCOME FD CL I | | | | | Buy | 06/18/13 | K | | |
| 273. | | | | | Sold | 11/07/13 | K | | |
| 274.  - TEMPLETON INCOME TR/GLOBAL FD FD ADVISOR CL | | | | | Buy | 06/18/13 | J | | |
| 275. | | | | | Sold | 11/07/13 | J | A | |
| 276.  - TFS CAP INVESTMENT TRUST MARKET NEUTRAL FUND | | | | | Buy | 06/18/13 | K | | |
| 277. | | | | | Sold | 11/07/13 | K | A | |
| 278.  - THORNBURGH INV MGMT INTL GROWTH FUND CL I | | | | | Buy | 06/18/13 | K | | |
| 279. | | | | | Sold | 11/07/13 | K | C | |
| 280.  - TOCQUEVILLE TR/ DELAFIELD FD | | | | | Buy | 06/18/13 | K | | |
| 281. | | | | | Sold | 11/07/13 | K | B | |
| 282.  - ADVISORS INNER CIRCLE ACADIAN EMERGING MKTS INSTL CL | | | | | Buy | 01/08/13 | K | | |
| 283. | | | | | Sold | 06/17/13 | K | | |
| 284.  - ADVISORS INNER CIRCLE CAMBIAR OPPORTUNITY INV CL | | | | | Buy | 01/08/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 285. | | | | | Sold (part) | 03/12/13 | J | A | |
| 286. | | | | | Sold | 06/17/13 | K | C | |
| 287. - ARBITRAGE EVENT DRIVEN FUND | | | | | Buy | 01/08/13 | K | | |
| 288. | | | | | Sold (part) | 03/12/13 | J | | |
| 289. | | | | | Sold | 06/17/13 | K | A | |
| 290. - ASTON FUNDS SMALL CAP GROWTH FUND CLASS I | | | | | Buy | 03/12/13 | K | | |
| 291. | | | | | Sold | 06/17/13 | K | B | |
| 292. - DIAMOND HILL LONG-SHORT FUND CL A | | | | | Buy | 01/08/13 | K | | |
| 293. | | | | | Sold | 06/17/13 | K | C | |
| 294. - DOUBLELINE FDS TR TOTAL RETURN BD FD CL I | | | | | Buy | 01/08/13 | K | | |
| 295. | | | | | Sold | 06/17/13 | K | | |
| 296. - DRIEHAUS MUTUAL FUNDS ACTIVE INCOME FUND | | | | | Buy | 01/08/13 | L | | |
| 297. | | | | | Sold (part) | 03/14/13 | K | A | |
| 298. | | | | | Sold | 06/17/13 | K | A | |
| 299. - FEDERATED EQUITY FDS STRATEGIC VALUE DIVID FD INSTL | | | | | Buy | 01/08/13 | K | | |
| 300. | | | | | Sold (part) | 03/12/13 | J | A | |
| 301. | | | | | Sold | 06/17/13 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 302. - HARBOR FD INTL FD INSTL CL | | | | | Buy | 01/08/13 | L | | |
| 303. | | | | | Sold | 06/17/13 | L | B | |
| 304. - HARDING LOEVNER FDS INC INTL EQUITY PORTFOLIO | | | | | Buy | 03/12/13 | K | | |
| 305. | | | | | Sold | 06/17/13 | K | A | |
| 306. - HARDING LOEVNER FDS INC GLOBAL EQUITY PORT ADV CL | | | | | Buy | 03/12/13 | K | | |
| 307. | | | | | Sold | 06/17/13 | K | A | |
| 308. - ING GLOBAL REAL ESTATE FUND CL I | | | | | Buy | 01/08/13 | K | | |
| 309. | | | | | Sold | 06/17/13 | K | A | |
| 310. - JOHN HANCOCK FDS II GLOBAL ABSOLUTE RETURN STRATEGIES FD CL I | | | | | Buy | 01/08/13 | K | | |
| 311. | | | | | Sold (part) | 03/12/13 | J | A | |
| 312. | | | | | Sold | 06/17/13 | K | A | |
| 313. - NATIXIS FUNDS TRUST II VAUGHAN NELSON VALUE CLASS Y | | | | | Buy | 01/08/13 | K | | |
| 314. | | | | | Sold | 06/17/13 | K | B | |
| 315. - PIMCO ALL ASSET FND INST CL | | | | | Buy | 01/08/13 | M | | |
| 316. | | | | | Sold | 06/17/13 | L | | |
| 317. - PIMCO FDS FUNDAMENTAL ADVTG ABSLT RETURN STRT FD INSTL CL | | | | | Buy | 01/08/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 318. | | | | | Sold | 06/17/13 | K | A | |
| 319. - PIMCO FDS PAC INVT MGMT SER TOTAL RETURN FD INSTL CL | | | | | Buy | 01/08/13 | M | | |
| 320. | | | | | Sold | 06/17/13 | M | | |
| 321. - PIMCO FDS PAC INVT MGMT SER - COMMOD REAL RETURN STRAT FD INSTL CL | | | | | Buy | 01/08/13 | K | | |
| 322. | | | | | Sold | 06/17/13 | K | | |
| 323. - PIMCO FUNDS EMERGING LOCAL BOND FUND | | | | | Buy | 01/08/13 | L | | |
| 324. | | | | | Sold | 06/17/13 | K | | |
| 325. - RBB FUND INC/ROBECO BOSTON PARTNERS LONG/SHORT RESEARCH INSTL | | | | | Buy | 01/08/13 | K | | |
| 326. | | | | | Buy (add'l) | 03/12/13 | K | | |
| 327. | | | | | Sold | 06/17/13 | L | C | |
| 328. - RIDGEWORTH FUNDS SEIX FLT RT HIGH IND FND CLASS I | | | | | Buy | 01/08/13 | K | | |
| 329. | | | | | Sold | 06/17/13 | K | A | |
| 330. - RIVERPARK FUNDS TRUST/ WEDGEWOOD FUND INSTL CL | | | | | Buy | 01/08/13 | L | | |
| 331. | | | | | Sold (part) | 03/12/13 | J | A | |
| 332. | | | | | Sold | 06/17/13 | L | C | |
| 333. - TEMPLETON INCOME TR GLOBAL BD FD ADVISOR CL | | | | | Buy | 03/13/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 334. | | | | | Buy (add'l) | 06/18/13 | J | | |
| 335. | | | | | Sold (part) | 10/23/13 | J | | |
| 336. | | | | | Sold | 11/07/13 | J | | |
| 337. - UBS AG JERSEY BRH E-TRACS LKD TO ALERIAN MLP INFRSTRE INDEX | | | | | Buy | 01/08/13 | K | | |
| 338. | | | | | Sold | 06/17/13 | K | C | |
| 339. - UBS AG LONGON BRH ETRACS ALERIAN MLP INDEX | | | | | Buy | 01/08/13 | K | | |
| 340. | | | | | Sold | 06/17/13 | K | C | |
| 341. - VIRTUS EMERGING MARKETS OPPORTUNITIES FND CL I | | | | | Buy | 01/08/13 | L | | |
| 342. | | | | | Sold (part) | 03/12/13 | K | A | |
| 343. | | | | | Sold | 06/17/13 | K | | |
| 344. - ARTISAN FUNDS IND MID CAP VALUE FD INV SHS | | | | | Buy | 11/08/13 | L | | |
| 345. - CREDIT SUISSE HIGH INCOME FUND COMMON CLASS | | | | | Buy | 11/08/13 | K | | |
| 346. - DRIEHAUS MUTUAL FUNDS ACTIVE INCOME FUND | | | | | Buy | 11/08/13 | K | | |
| 347. - NORTHERN LTS FD TR III GOOD HARBOR US TACTICAL CORE FD | | | | | Buy | 11/08/13 | L | | |
| 348. - JOHN HANCOCK FDS II GLOBAL ABSOLUTE RETURN STRATS FD | | | | | Buy | 11/08/13 | K | | |
| 349. - HIGHLAND LONG/SHORT EQUITY FUND CLASS Z | | | | | Buy | 11/08/13 | K | | |
| 350. - JOHN HANCOCK FUNDS II CURRENCY STRATEGIES FD CL I | | | | | Buy | 11/08/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 351. - LORD ABBETT INVESTMENT TR SHORT DURATION INCM CLASS F | | | | | Buy | 11/08/13 | L | | |
| 352. - MANAGERS AMG FUNDS YACKTMAN FUND SERVICE CLASS | | | | | Buy | 11/08/13 | L | | |
| 353. - VIRTUS ALPHASECTOR ROTATION FD CLASS I | | | | | Buy | 11/08/13 | L | | |
| 354. - ALGER FDS II SPECTRA FD CL I | | | | | Buy | 06/18/13 | K | | |
| 355. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 356. - STEELPATH MLP FDS TR OPPENHEIMER STEELPATH MLP INCOME FD CL Y | | | | | Buy | 11/08/13 | K | | |
| 357. - STRATTON FDS INC SMALL-CAP VALUE FD | | | | | Buy | 11/08/13 | K | | |
| 358. - WELLS FARGO CASH EQUIVALENT ACCOUNTS | | | | | | | | | See Part VIII (k) |
| 359. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 08/05/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I

(a) Line 1 refers to a Trust that is unfunded and has no assets (this Trust is also listed in Part VII, Line 79). Lines 2 and 3 refer to Trusts established on 12/28/12; both are documented in detail in Part VII.

PART VII:

(b) In the description of assets the abbreviation ADR refers to American Depositary Receipts (shares of foreign companies trading on U.S. exchanges); ETF refers to Exchange Traded Funds (index funds that trade as common stocks).

(c) Put options sold short and later redeemed (i.e. exercised by owner) are shown as having zero gain because the amount received for the short sale is subtracted from the basis for the underlying security that was purchased and is therefore reflected in the gain/loss incurred when that security is ultimately sold.

(d) Lines 4, 18, 44, 55 and 68 are aggregated Schwab cash equivalent accounts containing one or more of the following: Schwab Municipal Money Fund Value Advantage; Schwab Money Fund Value Advantage, Schwab One Cash Account, Charles Schwab Bank Deposit Accounts, and/or Schwab Cash Reserves. They are aggregated here per the 2013 Filing Instructions. These account balances change frequently as a result of securities purchases or sales, cash transfers, and dividends or interest received. The income received and ending values are shown as required in the non-retirement plan account (Line 4).

(e) Line 53: Purchases of this fund are made on a monthly basis. Individual purchases are below the minimum reporting requirement but are aggregated for the entire year with a date shown of 12/31/13.

(f) The accounts identified as IRAs #6 (Line 75) and #7 (Line 76) were Roth conversion IRAs with a zero balance in both accounts throughout 2013. Both accounts are now closed.

(g) Line 77 refers to an aggregated cash equivalent account at Merrill Lynch that pays both dividends (for Merrill Lynch CMA Money Fund) and interest (for Merrill Lynch Bank Deposit Program). This is not a brokerage account, and no individual stocks, bonds or other assets are held.

(h) Line 79 refers to a Trust that is unfunded and has no assets (this Trust is also listed in Part I, Line 1).

(i) Trusts #2 and #3 (lines 80 and 218) were established on 12/28/12. (Both Trusts are also listed in Part I).

(j) Line 3 represents a partial conversion of Berkshire Hathaway Class A shares (BRKA) to Class B shares (BRKB) on 02/04/13. No shares were purchased or sold during 2013.

(k) Lines 217 and 358 refer to aggregated Wells Fargo cash equivalent accounts including Bank Deposit Sweep, Wells Fargo Essential Checking, and Wells Fargo Regular Savings. They are aggregated here per the 2013 Filing Instructions. These account balances change frequently as a result of securities purchases or sales, cash transfers, and dividends or interest received.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rosemary M. Collyer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544